**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:04CR00117-001 SWW

PATRICK WIMBLEY

**ORDER**

    The above entitled cause came on for hearing on petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of admissions by defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

    IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion[1] is granted, and the supervised release previously granted this defendant in the above matter hereby is revoked.

    IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of EIGHT (8) MONTHS in the custody of the Bureau of Prisons.  The Court recommends that defendant participate in the non-residential substance abuse treatment program during incarceration.

    Upon release from imprisonment, defendant shall serve a term of THREE (3) YEARS of supervised release, less the term of imprisonment, to be on the same terms and conditions as previously ordered in this matter. In addition, defendant shall be subject to drug testing and shall

---

[1] Docs. #194.

participate, under the guidance and supervision of the U. S. Probation Office, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

The balance of the restitution previously imposed in the amount of $38,049.15 is mandatory and remains due and payable. During his incarceration, defendant shall pay 50 percent per month of all funds that are available to him on the restitution owed. During his term in community confinement and supervised release, payments will be reduced to 10 percent per month of defendant's gross monthly income. The interest requirement is waived.

All other terms and conditions of supervised release previously imposed shall remain in full force and effect.

Defendant is remanded to the custody of the United States Marshal to begin service of the sentence imposed.

IT IS SO ORDERED this 31st day of May, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE